NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRETA D. CRAWFORD,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3206

---

Petition for review of the Merit Systems Protection Board in case no. DE315H110384-I-1.

---

**ON MOTION**

---

Before BRYSON, LINN, and REYNA, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The Department of the Treasury ("Treasury") moves to modify the caption to designate the Merit Systems Protection Board ("Board") as respondent.  The Board supports the motion.  Greta D. Crawford opposes.  Crawford moves for "preliminary relief."  Treasury opposes. Crawford

moves for reconsideration of her previously rejected opening brief.

Concerning her brief, Federal Circuit Rule 32(c) states "[a]n informal brief must be prepared on a form provided by the clerk." Additionally, the Practice Note to Federal Rules of Appellate Procedure 25 explains that "[t]he clerk may reject material submitted for filing that does not substantially conform with the Federal Rules of Appellate Procedure and the Federal Circuit Rules. The clerk will issue a rejection letter advising of the nature of the nonconformity and guidelines for resubmission."

Concerning Crawford's motion for preliminary relief, without prejudicing the ultimate determination by a merits panel in this case, we determine that she has not met her burden to obtain the relief sought.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to modify the caption is granted. The revised official caption is reflected above.

(2) The motion for reconsideration is denied. Crawford must submit a corrected brief prepared on Federal Circuit Form 11 Informal Brief (form enclosed) within 28 days of the date of this order. The Board should calculate its brief due date from the date of filing of the petitioner's brief when it is filed on the required form.

(3) The motion for preliminary relief is denied.

3                                         GRETA CRAWFORD V. MSPB

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21